**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In Re:    ALBERT BRYNDS                )       Case No. 22-40190
          VALERIE FAHRNOW              )
                                       Debtors   )

## MOTION TO EMPLOY PERSONAL INJURY ATTORNEY

**COME NOW** Debtors, Albert Brynds and Valerie Fahrnow (the "Debtors"), by and through Counsel, and for this Motion to Employ a Personal Injury Attorney, shows the court as follows:

1. On February 23, 2022 Debtors filed a Petition and Plan for Chapter 13 relief.

2. On or about November 8, 2019, Joint Debtor Valerie Fahrnow was involved in a work-related injury.

3. Debtors move the Court for permission to employ the legal services of attorney, Brett Coppage of the law firm, Edelman & Thompson, LLC, (the "Counsel") to represent Debtor Valerie Fahrnow in connection with worker's compensation claims stemming from the injury.   Counsel would represent Ms. Fahrnow for a contingency attorney fee basis of 25% of any judgment or settlement resulting from the Suit.

4. Debtors move the Court for permission to employ the same counsel for the purposes of representing Debtor Albert Brynds in connection with a motor vehicle collision on September 22, 2021.  Representation for Mr. Brynds would be set at a contingency commission fee of 33 1/3% of any net proceeds, plus repayment of any expenses advanced for the litigation.

5. The terms of representation for each case are fair and reasonable for the purposes of 11 U.S.C. § 328 *et seq.*

6. Debtor's Counsel is an attorney licensed to practice law in the State of Missouri and in Kansas, is well versed and qualified to represent the Debtor in this practice area, and for the purposes of 11 U.S.C. § 327 and F.R.B.P. Rule 2014 is a disinterested and unbiased third-party who does not hold or represent any interests adverse to the estate pursuant to the executed Affidavit in Support of this Motion attached hereto and incorporated by reference herein as ***Exhibit: A.***

7. Upon the entry of any judgment or settlement resulting said Suit(s) the Debtor will file a Motion to Approve and Disburse any proceeds, and if needed, a Motion for Debtor to Retain a portion or all of the proceeds.

**WHEREFORE,** Debtors respectfully requests the Court for an order allowing Debtor to employ the legal services of attorney, Brett Coppage of the law firm, Edelman & Thompson, LLC, to represent the Debtors in the above-described Suits for the contingent attorney fee agreement of 33.33% of any proceeds resulting from any settlement or judgment rendered in the Suit, plus repayment of any expenses advanced, for Mr. Brynds, and a contingent fee agreement of 25% of any proceeds resulting from any settlement or judgment rendered in the Suit for Ms. Fahrnow and for such further relief as the Court deems equitable and proper.

Dated: March 22, 2022

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS-001066
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, the foregoing was delivered via e-mail to all parties are registered to receive electronic filings on the Court's ECF system, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

s/ Ryan A. Blay

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In Re:    ALBERT BRYNDS                )      Case No. 22-40190
          VALERIE FAHRNOW

                          Debtors   )

## AFFIDAVIT OF IN SUPPORT OF MOTION TO EMPLOY PERSONAL INJURY ATTORNEY

STATE OF _Missouri_    )
                                            ) ss.
COUNTY OF _Jackson_  )

I, <u>Brett Coppage,</u> being duly sworn, and in support of Debtors' Motion to Employ, states as follows:

1.    I am a personal injury attorney licensed to practice in the States of Kansas and Missouri.

2.    I am employed by the firm, Edelman & Thompson, LLC, with office(s) located at:

      <u>3100 Broadway, Ste 1400, Kansas City, Missouri 64111</u>

3.    Neither I, nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

4.    My Employment is for the limited purpose of representing (a) the Debtor Albert Brynds with his claims for damages arising out of a motor vehicle collision on September 22, 2021, and the Joint Debtor Valerie Fahrnow with her worker's compensation claims arising out of a motor vehicle collision on November 8, 2019.

5.    Except for the continuing representation of the Debtors, neither I nor the firm has or will represent any other entity in connection with this Case and neither I nor the firm will accept any fee from any other party or parties in this case, except the debtor in possession.

6.    I have been retained to represent the Joint Debtor Valerie Fahrnow on a contingency commission fee basis for a total of <u>25%</u> of any proceeds and my professional legal services related to the claims for damages from the collision as further described in the attached contract fee agreement between my firm and Debtor. For the representation of the Debtor Albert Brynds our contingency commission fee basis is a total of 33 1/3% of any proceeds, plus repayment of any expenses advanced for the litigation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Signature

Brett Coppage
Printed Name

Sworn to and Subscribed before
on this ___14th___ day of _March_ 2022.

Notary Public

My Commission Expires:

CHERILYN R BOUMAN
Notary Public - Notary Seal
Jackson County - State of Missouri
Commission Number 20080340
My Commission Expires Jan 17, 2024