MOW 1009-1.3 (01/16)

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) |
| **Albert Allan Brynds, Jr.** | ) Case No. **22-40190** |
| **Valerie Kay Fahrnow** | ) |
| | ) |
| Debtor(s) | ) |

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
## AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment. By separate copy, you are also notified of the full social security number of the debtor(s). *[Edit paragraphs below as appropriate]*

1. Creditor (name and address):

| **Overland Park Regional Medical** | **PO BOX 740760, Cincinnati, OH 45274** |
|---|---|
| **Veterans Hospital of KC** | **4801 Linwood Blvd, Kansas City, MO 64128** |

2. Claim (amount owed, nature of claim, date incurred):

**Overland Park Regional Medical, $0.00,**

**Veterans Hospital of KC, $0.00,**

3. These claims have been scheduled as *[check box]*:   ☐ priority;  ☐ secured;  ☑ general unsecured.

**General Unsecured - Overland Park Regional Medical**

**General Unsecured - Veterans Hospital of KC**

4. Trustee, (name, address, and phone) if one has been appointed: **Richard V. Fink, Trustee**

5. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727:

If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

6. Deadline for filing proofs of claim: *[and select the appropriate paragraph below]*

This is a Chapter 13 case. You have 30 days from the date of this notice or until the bar date, whichever is later, to file your proof of claim. **https://ecf.mowb.uscourts.gov/cgibin/autoFilingClaims.pl**

| Date: **May 18, 2022** | **/s/ Ryan A. Blay** |
|---|---|
| | Debtor's attorney (type name, address) |
| | **Ryan A. Blay KS-001066** |
| | **WM Law, PC** |
| | **15095 West 116th Street** |
| | **Olathe, KS 66062** |

Certificate of Service:  I, **Ryan A. Blay** , certify the above notice and a separate notice of the full social security number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __**May 18, 2022**__ .

/s/ Ryan A. Blay

Typed Name or Signature

Instructions: Edit all paragraphs as appropriate and serve on the affected creditor(s).
ECF Event: Bankruptcy>Notices>Amendment to Schedules Adding Creditors (Fee Due)