B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Missouri

**In re** Albert Allan Brynds Jr & Valerie Kay Fahrnow

Case No. 22-40190

**Debtor**

Chapter 13

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly Rates

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 2,500.00

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Undetermined

☐ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor              ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

Student loan review and assistance with repayment options and alternatives.

All funds received on July 12, 2022 were placed in Trust to be distributed only after Court Order.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor(s) in any dischargeability actions, contested matters for stay or discharge violations by creditors, adversary proceeding(s) or conversion of the case to another Chapter of the Bankruptcy Code. Representation by Attorney in any dischargeability action, or adversary proceeding is subject to both Attorney and Debtor(s) specifically agreeing to such representation. Attorney shall not be required to file a Motion to vacate a dismissal or reopen the case that is necessitated by the Debtor(s) failure to provide timely information, make required Plan payments or comply with applicable law or rules. Postage and photocopies after the initial filing shall be charged by Attorney.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/13/2022

*Date*

/s/ *Neil S. Sader*

Neil S. Sader, MO#34375

Sader Law Firm, LLC

2345 Grand Blvd.
Suite 2150
Kansas City, MO 64108
816-561-1818
nsader@saderlawfirm.com