IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Albert Allan Brynds, Jr.,
Valerie Kay Fahrnow,

           Debtors.

Case No.: 22-40190-can13

8896 E. 19th Street
Kansas City, Missouri 64126
SSN: xxx-xx-0322
SSN: xxx-xx-9413

## APPLICATION FOR COMPENSATION FOR ATTORNEY FEES TO BE PAID THROUGH THE CHAPTER 13 PLAN

COMES NOW Sader Law Firm, LLC, by and through its undersigned counsel and states that it is the attorney for the Debtor(s) in this Chapter 13 bankruptcy case. Counsel is seeking attorney fees pursuant to FRBP 2016(a) for work incurred on numerous matters from July 1, 2022 through September 30, 2022.  In support of this Application, counsel states as follows:

1.     The Debtor(s) filed under Chapter 13 on February 23, 2022. An Order Confirming the Chapter 13 Plan on was entered by the Court on May 10, 2022.  This is the first Application for Compensation filed by Sader Law Firm LLC.

2.     Among the matters counsel has dealt with during the time period referenced above:  meet with clients and agree to take over case representation from prior counsel; resolve immediate issue re: personal injury settlement and payment to Estate; work with

all parties including Chapter 13 Trustee, personal injury counsel, etc.; work with clients to resolve myriad of other matters including a pending Worker's Compensation claim, Social Security claim and student loans; SLF also worked with clients to resume regular payments to Plan.

3.     Attached as an exhibit to this Motion is a listing of the date's services were provided and the amounts of time incurred by this firm.  In summary, the attached bill consists of the following totals:

a.   Total hours of attorney Neil S. Sader billed time – 6.60 @ $285.00 per hour = $1,881.00

   Total hours of attorney Stephen S. Krogmeier billed time – 36.15 @ $225.00 per hour = $8,133.75

   Total hours of attorney Steven M. Long billed time – 1.70 @ $275.00 = $467.50

b.   Total hours of paralegal Jane L. Herrera billed time – 0.00 @ $80.00 per hour = $0.00

c.   Total hours of paralegal Connie S. Montemayor billed time - 0.00 @ $90.00 per hour = $0.00

d.   Total hours of paralegal Lindsey R. Praechter billed time – 0.00 @ $70.00 per hour = $0.00

e.   Postage (75 @ .78) = $58.50

f.   Photocopies (975 @ .15) = $146.25

g.   Pacer Fees = 1.50

h.   Credit Report = $57.00

A copy of the current billing statement reflecting these charges is attached herein as

Exhibit "A".

4.     Counsel for the debtor is requesting compensation for professional services

at the following rates:

| | |
|---|---|
| Neil S. Sader | $285.00/per hour |
| Bradley D. McCormack | $275.00/per hour |
| Stephan L. Skepnek | $265.00/per hour |
| Steven M. Long | $275.00/per hour |
| James N. Boyce | $250.00/per hour |
| Connie S. Montemayor | $90.00/per hour |
| Jane L. Herrera | $80.00/per hour |
| Lindsey R. Praechter | $70.00/per hour |

Counsel for the debtor(s) states this is its standard hourly rate for these types of services.  In

addition, counsel states that no fees for time incurred (copy and postage costs only will be

billed in subsequent applications) have been charged in association with the preparation of

this Fee Application.

5.     Counsel states that the following payment(s) (which do not include any of

the amounts requested in this Application) have either been made or promised to counsel

for services rendered in connection with this case:

Fee Paid Outside:  $0.00
Fee Paid in Plan:  $0.00

6.     The source of the compensation received has either been from the debtor or

debtor's wages.

7.      Counsel states that none of the compensation received has been shared with another entity.  Further, there is no agreement or understanding between counsel and any other entity for the sharing of said compensation.

8.      Counsel for the debtor(s) indicates that the above services have been completed, and as a result, the debtor(s) remains in Chapter 13 bankruptcy.  Counsel states that the work performed for the debtor has been of substantial benefit to the debtor(s) and the estate, and as a result, requests compensation in the amount of $10,482.25 plus expenses of $263.25 for a total due of $10,745.50.

WHEREFORE, counsel for the debtor(s) respectfully requests this court allow attorney fees from July 1, 2022 through September 30, 2022 in the amount of $10,482.25 plus expenses of $263.25 for a total due of $10,745.50 to be paid through the Chapter 13 Plan.

SADER LAW FIRM, LLC

By: /s/ *Neil S. Sader*
    Neil S. Sader, MO#34375
    2345 Grand Boulevard, Suite 2150
    Kansas City, Missouri 64108-2663
    816-561-1818
    Fax: 816-561-0818
    Direct Dial: 818-595-1800
    nsader@saderlawfirm.com

## *NOTICE OF APPLICATION FOR COMPENSATION*

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States

Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Application for Compensation for Attorney Fees to be Paid through the Chapter 13 Plan was served, in addition to the parties notified by US Bankruptcy Court's electronic notification, upon the debtor and upon the creditor matrix via U. S. First Class Mail, postage prepaid, this day of October 3, 2022.

/s/ *Neil S. Sader*
Neil S. Sader, Attorney

s:\bankruptcycurrent\post confirmation fees\2022\september\nss\applicationforcompensation - brynds.docx

Label Matrix for local noticing
0866-4
Case 22-40190-can13
Western District of Missouri
Kansas City
Mon Oct  3 00:27:36 CDT 2022

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

United States of America, on behalf of the S

United States of America, on behalf of the U

AT&T
c/o Bankruptcy
4331 Communications Dr
Floor 4W
Dallas TX 75211-1300

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY GROUP
PO BOX 650205
DALLAS, TX 75265-0205

Affiliated Management Services
5651 Broadmoor
Mission KS 66202-2407

Anesthesia Associates of KC
8717 W 110th St #600
Overland Park KS 66210-2126

Atmos Energy
PO Box 740353
Cincinnati OH 45274-0353

Attorney Christina Milien
444 N MICHIGAN AVE, STE 600
Chicago IL 60611-3987

Attorney Julie Anderson
4800 Rainbow Blvd, Ste. 200
Westwood KS 66205-1932

Blue Ridge Mobile Home community
1800 Blue Ridge Blvd,
Kansas City MO 64126-3018

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Credit First National Association
PO BOX 81315
Cleveland OH 44181-0315

DJO, LLC
2900 Lake Vista Drive, Ste. 200
Lewisville TX 75067-3889

Dickson-Diveley Orthopaedics
3651 College Blvd.
Leawood KS 66211-1910

Dickson-Diveley Orthopaedics
PO Box 959870
Saint Louis MO 63195-9870

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Evergy Kansas Central Inc. f/k/a Westar
attn:  Bankruptcy Dept.
PO Box 11739
Kansas City MO 64138-0239

Evergy Metro f/k/a Kansas City Power Light I
%Bankruptcy Team
PO Box 11739
Kansas City, MO 64138-0239

Financial Asset Management Sys
PO Box 1729
Woodstock GA 30188-1394

First Premier Bank
3820 N Louise Ave.
Sioux Falls SD 57107-0145

(p)GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON TX 77081-1198

HPA US1, LLC
D/B/A PATHLIGHT PROPERTY MANAGEMENT
c/o Julie Anderson
4006 Central Street
Kansas City MO 64111-2236

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)JOHNSON COUNTY MENTAL HEALTH CENTER
ATTN CUSTOMER SERVICE
PO BOX 556
MISSION KS 66201-0556

KC Institute of Podiatry
10550 Quivira Rd, Ste. 360
Overland Park KS 66215-2379

KCI
PO Box 14765
Lenexa KS 66285-4765

Kansas City Orthopaedic Inst.
3651 College Blvd.
Leawood KS 66211-1910

Kansas Department of Revenue
Legal Case Management/BK Unit
Po Box 12005
Topeka, KS 66601-2005

Kansas Department of Revenue
P.O. Box 12005
Topeka KS 66601-2005

LVNV Funding
625 Pilot Rd, Ste. 2/3
Las Vegas NV 89119-4485

LVNV Funding LLC
55 Beattie Place
Greenville SC 29601-5115

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 1269
Greenville SC 29602-1269

LVNV Funding c/o Resurgent Capital Serv.
PO Box 10587
Greenville SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587

Leavenworth County EMS
500 W. Eisenhower Rd.
Leavenworth KS 66048-5161

Legacy Funding LLC,
4717 Grand Avenue, Suite #200,
Kansas City MO 64112-2256

Mainstreet Credit Union
13001 W. 95th St.
Lenexa KS 66215-3726

Mazuma Credit Union
7260 W 135th St.
Overland Park KS 66223-1258

Mazuma Credit Union
9300 Troost
Kansas City MO 64131-3008

Mechanic's Bank Auto Finance
PO Box 98541
Las Vegas NV 89193-8541

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

NAVIENT  PC TRUST
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Navient
PO Box 9533
Wilkes Barre PA 18773-9533

Navient
PO Box 9640
Wilkes Barre PA 18773-9640

Overland Park Medical Center
c/o Med-Data, Inc., Attn: Liability Dept
25700 Interstate 45, Ste. 300
Spring TX 77386-4840

Overland Park Regional Medical
PO Box 740760
Cincinnati OH 45274-0760

Overland Park Surgery Center
10601 Quivira Rd, Ste. 100
Overland Park KS 66215-2320

Overland Park Surgery Center
PO Box 277456
Atlanta GA 30384-7456

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Raintree Medical and Chiropractic Center
931 SW LeMans Lane
Lees Summit MO 64082-4619

(p)SEQUIUM ASSET SOLUTIONS  LLC
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067-6429

Social Security Administration
Office of the Gen Counsel - Region VII
601 E. 12th St, Room 965
Kansas City MO 64106-2818

Social Security Administration
Office of the General Counsel - Region V
601 E. 12th Street, Room 965
Kansas City, MO 64106-2818

Spectrum
6921 West 119th St
Overland Park KS 66209-2015

Spectrum
8500 Santa Fe Drive
Overland Park KS 66212-2866

St. Luke's Health System
PO Box 505327
Saint Louis MO 63150-5327

St. Luke's Hospital of Kansas City
4401 Wornall Rd.
Kansas City MO 64111-3241

St. Luke's Physicians Group
PO Box 505291
Saint Louis MO 63150-5291

St. Luke's South Community Hospital
7246 W. 75th St.
Overland Park KS 66204-2949

St. Luke's South Hospital
12300 Metcalf Ave.
Overland Park KS 66213-1324

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

Syncb/Care Credit
950 Forrer Blvd
Dayton OH 45420-1469

Syncb/Care Credit
PO Box 965036
Orlando FL 32896-5036

US Department of Education
P O Box 16448
Saint Paul MN 55116-0448

US Department of Education
PO Box 16448
St. Paul, MN 55116-0448

US Dept. of Education
100 GLOBAL VIEW DR,SUITE 800
Warrendale PA 15086-7612

Univ of Kansas Health System
PO Box 955801
Saint Louis MO 63195-5801

Veterans Hospital of KC
4801 Linwood Blvd
Kansas City MO 64128-2295

Albert Allan Brynds Jr.
8896 East 19th Street
Kansas City, MO 64126-2752

(p)NEIL S  SADER
ATTN SADER LAW FIRM LLC
2345 GRAND BOULEVARD
SUITE 2150
KANSAS CITY MO 64108-2665

(p)OFFICE OF THE CHAPTER 13 TRUSTEE
ATTN RICHARD V FINK
2345 GRAND BLVD SUITE 1200
KANSAS CITY MO 64108-0001

Stephen Samuel Krogmeier
Sader Law Firm
2345 Grand Blvd
Ste 2150
Kansas City, MO 64108-2665

Valerie Kay Fahrnow
8896 East 19th Street
Kansas City, MO 64126-2752

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 15316
Wilmington DE 19850-0000

GC Services Lim. Partnership
6330 Gulfton
Houston TX 77081-0000

(d)GC Services Ltd Partnership
PO Box 1280
Oaks PA 19456-1280

(d)GC Services Ltd Partnership
PO Box 3855
Houston TX 77253-0000

JP Morgan Chase Bank NA
National Bankruptcy Department
P.O Box 29505 AZ1-5757
Phoenix AZ 85038-9505

(d)JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

Johnson County Mental Health
PO Box 556
Mission KS 66201-0000

Portfolio Recovery Associates
PO Box 41067
Norfolk VA 23541-0000

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Sequium Asset Solutions, LLC
1130 Northchase Parkway
Ste. 150
Marietta GA 30067-0000

State Collection Service, Inc.
2509 S. Stoughton Rd.
Madison WI 53716-0000

(d)State Collection Service, Inc.
PO Box 6250
Madison WI 53716-0250

Neil S Sader
The Sader Law Firm, LLC
2345 Grand Boulevard, Suite 2150
Kansas City, MO 64108-2663

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, N.A.

(d)Navient PC Trust
c/o Navient Solutions, LLC
PO Box 9640
Wilkes Barre PA 18773-9640

(d)US Department of Education
PO Box 16448
Saint Paul MN 55116-0448

(u)Brett Coppage

(u)Brian LaBovick

End of Label Matrix
Mailable recipients    77
Bypassed recipients     5
Total                  82

**Sader Law Firm**
ATTORNEYS AT LAW

2345 Grand Boulevard, Suite 2150
Kansas City, MO 64108
www.saderlawfirm.com
816-561-1818
816-561-0818

Mr. Albert Allan Brynds, Jr.                                        September 30, 2022
Ms. Valerie Kay Fahrnow
8896 E. 19th Street
Kansas City, MO 64126

RE:   Chapter 13 Attorney Fees                          Invoice #    34971
      Case No: 22-40190-can13
      Filed: February 23, 2022
      Confirmed: May 10, 2022
      SSN: xxx-xx-0322
      SSN: xxx-xx-9413

         Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/12/2022 | NSS | Client conference re: new matter and taking over case from WM Law; review pending Petition and Motion to Retain Settlement; emails with WM Law about entering my appearance and responses | 2.15 | 612.75 |
|  | SSK | Intake discussion with clients; review Chapter 13 filings made by former attorney Ryan Blay (2.5 NC) |  | NO CHARGE |
| 7/13/2022 | NSS | Prepare entry and review filings; review Amended Motion to Retain and prepare Withdrawal; email file stamped copy of Withdrawal to clients; client emails re: questions about case status; email to WM Law to request it withdraw from the case; review credit bureau report and compare to schedules; receive and review Order granting | 1.70 | 484.50 |

Mr. Albert Allan Brynds, Jr.                                                        Page     2

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                   | Hours | Amount |
|------------|------|----|---|---|
|            |      | Motion for WM Law to withdraw; email to client with update |  |  |
| 7/13/2022  | SSK  | Continue reviewing chapter 13 petition filed by former attorney Ryan Blay; review Motion to disburse funds and begin drafting new Motion to disburse funds | 0.80 | 180.00 |
| 7/14/2022  | NSS  | Client conference re: sources of additional income; review personal injury settlement status and how funds have been used - if at all; review client expenses needing to be paid | 0.75 | 213.75 |
|            | SSK  | Call and leave voicemail with clients; compose and send email to PI counsel re status of getting funds disbursed and potential claim against Brynd's own insurer; phone call with PI counsel; leave voicemail for client with update; draft and send email to client; phone call with client; draft and send email to PI counsel re proceed disbursement (.6 NC) | 1.00 | 225.00 |
| 7/15/2022  | NSS  | Receive and review client email with Fee Agreement for Disability Lawyer for Debtor; email response to client (.25 NC) |  | NO CHARGE |
|            | SSK  | Review email response from PI attorney, draft and send response, prepare Application to employ attorney and affidavit, send to SSDI attorney in Florida | 1.50 | 337.50 |
| 7/18/2022  | SML  | Conference with SSK re: options for Motion to Disburse Proceeds and interaction with Chapter 13 Plan; analyze Chapter 13 Plan and filed Claims with SSK | 0.60 | 165.00 |
|            | SSK  | Draft Motion to Retain Funds and Motion to Expedite (3.0 NC); confer with SML (.6 NC) | 0.80 | 180.00 |

Mr. Albert Allan Brynds, Jr.                                                Page      3

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/18/2022 | NSS | Client email re: unpaid creditors from Al's accident | 0.10 | 28.50 |
| 7/19/2022 | NSS | Review and revise Motion for Order on Settlement and Motion to Expedite (.75NC) | 0.25 | 71.25 |
|  | SSK | Revise Motion to Expedite and Motion to Retain Funds; send Motions to clients for approval; leave voicemail with Labovick law firm re affidavit of SSDI attorney; phone call with Jessica of SSDI firm to confirm receipt of affidavit for execution by attorney (.5 NC) | 1.80 | 405.00 |
| 7/20/2022 | SSK | Review Trustee's Response to Motion to distribute proceeds of personal injury settlement, review exemption schedule created by prior attorney; contact client to discuss objection and next steps; draft Amended Motion to distribute proceeds of personal injury settlement; call Trustee's office to discuss objection; additional phone call and voicemail to client to give update on status of Motion to disburse personal injury funds | 1.80 | 405.00 |
|  | NSS | Receive Trustee's Objection to Motion for Order; review contents and determine how best to respond with Amended Motion; receive Order Granting Motion to Hearing; revise Amended Motion to Approve Settlement Proceeds (.3 NC) | 0.30 | 85.50 |
| 7/21/2022 | SSK | Review email from personal injury attorney Coppage regarding release of Geico PIP claim and respond; revise amended Motion to release settlement proceeds; conversation with SSDI attorney re: requisite affidavit; phone conversation with client | 0.90 | 202.50 |

Mr. Albert Allan Brynds, Jr.                                                          Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/22/2022 | SML | Conference with SSK re: options for Motion for Relief from Automatic Stay and scheduled hearing (.3 NC) | | NO CHARGE |
| | SSK | Review motion to lift stay regarding Toyota; call Trustee's office to discuss whether they will withdraw their objection; draft and send email to client including file-stamped copy of amended motion; review correspondence between Neil Sader and client (.3 NC) | 0.40 | 90.00 |
| | SSK | Review motion to lift stay regarding Toyota; call Trustee's office to discuss whether they will withdraw their objection; draft and send email to client including file-stamped copy of amended motion; review correspondence between Neil Sader and client (.3 NC) | 0.40 | 90.00 |
| 7/23/2022 | SSK | Read and respond to client email re: amount of disbursement requested | 0.30 | 67.50 |
| 7/24/2022 | NSS | Respond to client email with how to handle outstanding claims concerning personal injury action | 0.20 | 57.00 |
| 7/25/2022 | SSK | Phone conversation with client; conversation with law firm for JP Morgan re upcoming hearing on lifting automatic stay re: Toyota; Phone conversation with Trustee's office re any objection to Amended Motion to Distribute PI funds; additional phone conversation with client; leave voicemail and have phone conversation with court clerk's office re securing quicker order to distribute PI funds; draft Motion to Expedite | 1.80 | 405.00 |

Mr. Albert Allan Brynds, Jr.                                                    Page      5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/25/2022 | NSS | Email from B. Coppage re: added creditors and funds distribution; email to clients with copy of Amended Motion for Approval of Settlement Proceeds and Expedited Motion and explanation of status of approval (.25 NC) | 0.25 | 71.25 |
| 7/26/2022 | NSS | Receive Orders regarding approval of the disbursement of settlement proceeds and the new hearing date on the Motion for Relief; review Orders and process for payments to be made to Plan and clients | 0.25 | 71.25 |
|  | SSK | Review Orders to disburse PI funds and continuance of hearing to remove automatic stay re 2010 Toyota (.3 NC); call client and discuss Orders; draft and send email to PI attorney instructing him to disburse PI funds according to Order | 0.30 | 67.50 |
| 7/27/2022 | SSK | Call client to discuss TFS registration and status of PI settlement disbursement; draft and send email with instructions to register for TFS with Trustee's office (.4 NC) |  | NO CHARGE |
| 7/28/2022 | SSK | Review and archive email confirming TFS payment is set up between client and trustee's office | 0.20 | 45.00 |
| 8/1/2022 | SSK | Email PI Attorney Brett Coppage and SSDI firm to again request  (.2 NC)affidavit | 0.40 | 90.00 |
| 8/2/2022 | SSK | Review and respond to correspondence from PI attorney Coppage re: status of check to Sader Law Firm for the purpose of remittance to Trustee; review email update from client and from SSDI attorney for client | 0.20 | 45.00 |

Mr. Albert Allan Brynds, Jr.                                                          Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/4/2022 | SML | Conference with SSK re: options for Chapter 13 Plan amendment in light of granted Motion to Approve Settlement; call Trustee's office to review equity and Plan Status with SSK | 0.50 | 137.50 |
|  | SSK | Phone conversation with client re: next steps of bankruptcy process; review and archive correspondence and check from PI attorney Brett Coppage; send email update to client confirming receipt of check from PI attorney Brett Coppage (.1 NC) | 0.50 | 112.50 |
| 8/8/2022 | NSS | Process check and email to Trustee for hand-delivery; email from Trustee responding | 0.20 | 57.00 |
|  | SSK | Walk check down to Trustee's office; document check to Trustee and receipt; draft and send email communication to client re: status of check to Trustee, status of TFS account, and plan to review chapter 13 plan (.2 NC) | 0.30 | 67.50 |
| 8/10/2022 | SML | Conference with SSK re: client budget and Trustee accounting on case (.2 NC) | 0.10 | 27.50 |
|  | SSK | Phone conversation with client re: TFS set up and status of disbursed funds | 0.20 | 45.00 |
| 8/11/2022 | SML | Conference with SSK re: Chapter 13 Plan optimization (0.4 NC) |  | NO CHARGE |
|  | NSS | Client call re: understanding distribution of funds from personal injury settlement; client emails with further information from student loans and IRS; discuss filing objections to student loans re: ongoing settlement discussions (.75NC) | 0.25 | 71.25 |

Mr. Albert Allan Brynds, Jr.                                                     Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/11/2022 | SSK | Review proofs of claim; phone conversations with client; communication with Brynd's SSDI attorney; receive and archive affidavit in support of application for employment of SSDI attorney; review student loan statements from client (1.5 NC) | 2.50 | 562.50 |
| 8/12/2022 | SML | Conference with SSK re: Objections to Claims and likely path for Amended Chapter 13 Plan (.4 NC) |  | NO CHARGE |
| 8/15/2022 | SSK | Research and draft objections to Claims 2, 5, 6, and 14; review new proof of claim - Claim 18 - by Social Security Administration; review casenet for possible judgments against debtors; begin calculating new chapter 13 plan (1.0 NC) | 2.30 | 517.50 |
| 8/16/2022 | SML | Conference with SSK re: review of new Claim filed by Social Security Administration and Objections to Claim 4 | 0.50 | 137.50 |
|  | SSK | Phone conversations with client regarding Objections to Claim and Social Security Administration Proof of Claim filed on Friday; draft objections to claim; research treatment of workers compensation claim in context of chapter 13 bankruptcy (.7 NC) | 1.20 | 270.00 |
| 8/17/2022 | SSK | Add service information to Objections to Claims; draft and send update email to client including file-stamped copies of Objections to Claims and Application to Employ Attorney (.3 NC) | 0.40 | 90.00 |
| 8/18/2022 | SML | Conference with SSK re: treatment of Social Security Administration claim, process for adding creditors and necessary amendments to Plan and Schedules (.4 NC) |  | NO CHARGE |

Mr. Albert Allan Brynds, Jr.            Page    8

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 8/18/2022 | SSK | Phone conversation with client re status of Social Security claim waiver and student loans; review Chapter 13 schedules to ensure treatment of future workers compensation settlement; call Social Security office to discuss Social Security overpayment claim | 0.50 | 112.50 |
| 8/19/2022 | SSK | Review JPMorgan Motion to Withdraw Motion for Relief from Stay; forward same to client | 0.10 | 22.50 |
| 8/22/2022 | SSK | Research converting case from Chapter 13 to Chapter 7 at client request | 0.50 | 112.50 |
| 8/23/2022 | SSK | Draft Objection to Claim 18; draft and send correspondence to client re: filing of Objection to Claim 18 and case update | 1.00 | 225.00 |
| 8/26/2022 | NSS | Review claims status in view of pending objections; call and conference with Trustee re: payouts to existing creditors from sums already submitted (.25 NC) | | NO CHARGE |
| | SSK | Review case for possible conversion to Chapter 7; phone conversation with client (.2 NC) | 0.70 | 157.50 |
| 8/30/2022 | BDM | Review of Chapter 13 Trustee website for student loan information for possible Objection to Claim (.2 NC) | | NO CHARGE |
| 9/6/2022 | SSK | Review email from Creditor Overland Park regarding new notice address | 0.20 | 45.00 |
| 9/7/2022 | SSK | Review voicemail and call client re: Midland Payday Loan threatening to garnish her accounts; call "FARR Mediation" to determine basis for claim (.3 NC) | 1.00 | 225.00 |

Mr. Albert Allan Brynds, Jr.                                    Page    9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/8/2022 SSK | Leave phone message with "Farr Mediation" re their collection efforts against Valerie Fahrnow; phone conversation with "Farr Mediation" re collection efforts against Valerie Fahrnow; draft Notice of Chapter 13 Bankruptcy and send to Farr Mediation and Midland Credit; Conference with client concerning client with Notice of Chapter 13 Bankruptcy; review order to employ attorney Brian LaBovick; phone conversation with David Farr of Farr Mediation; review email from David Farr of Farr Mediation | | 2.10 | 472.50 |
| | SML | Conference with SSK re: collection attempts in violation of the automatic stay and potentially in violation of a prior bankruptcy discharge (.2 NC) | | NO CHARGE |
| 9/9/2022 SSK | Review filings for responses to objections to claim; | | 0.10 | 22.50 |
| 9/14/2022 SSK | Review IRS Amended Proof of Claim; draft email and forward IRS Amended Proof of Claim to clients; review response email from client; review and respond to email re withholding of KS tax refund | | 0.50 | 112.50 |
| | NSS | Review Plan status and claims treatment after amendments to claims | | 0.20 | 57.00 |
| 9/16/2022 SSK | Initial review of Response to Objection to Claim by DOE; read and respond to email from Midland Credit Management re: collection activity against Fahrnow; draft and send update email to client | | 0.30 | 67.50 |

Mr. Albert Allan Brynds, Jr.                                            Page      10

|  |  | Hours | Amount |
|---|---|---|---|
| 9/19/2022 SSK | Review Order for Hearing re: Objection to DOE Claims; review DOE Response to Objection to Claim; begin preparing for DOE hearing; review status of Atmos Energy Corp claim; review status of JPMorgan claim (.25 NC) | 0.75 | 168.75 |
| SML | Conference with SSK re: Department of Education Response to Objection to Claim and implications of conversion to Chapter 7 (.2 NC) |  | NO CHARGE |
| 9/21/2022 SSK | Review Social Security Administration's Response to Fahrnow's Objection to Claim | 0.30 | 67.50 |
| 9/23/2022 SSK | Research dischargability of SSA overpayments (.4 NC); call client and schedule callback for 9/24/2022; review responses and hearing schedule | 0.30 | 67.50 |
| 9/24/2022 SSK | Phone conversation and email correspondence with client regarding recent responses to objections to claim, progress on Applications for Waiver and Total Disability, and chapter 7 conversion | 1.20 | 270.00 |
| 9/26/2022 SSK | Draft and send email to counsel for JPMorgan requesting withdrawal of claim; draft Motion to Disburse Settlement Proceeds; phone and email conversation with workers compensation counsel Brett Coppage; research payment of debts from exempt funds; phone conversation with client re: payment of debts from exempt funds and Motion to Disburse Settlement Proceeds; draft amended schedules A, B, and C | 4.50 | 1,012.50 |
| 9/27/2022 SSK | Review response from JPMorgan's attorney re: withdrawal of claim 11; draft Objection to Claim No. 11 (JPMorgan); review case for possibility of Chapter 7 conversion; call and | 0.50 | 112.50 |

Mr. Albert Allan Brynds, Jr.                                         Page      11

|  |  | Hours | Amount |
|---|---|---|---|
|  | leave voicemail with client requesting callback |  |  |
| 9/28/2022 SSK | Call and leave voicemail for callback to discuss Chapter 7 Conversion; phone conversation with client re: values for amended schedules and Chapter 7 Conversion; discuss values of schedule a/b property; amend schedules a and b to reflect updated values | 1.10 | 247.50 |
| 9/29/2022 SSK | Amend Schedule G to include storage unit in Overland Park; amend income and expenses on Schedules I and J; review email from client and add additional creditors to Amended Schedules E and F | 0.50 | 112.50 |
| | For professional services rendered | 44.45 | $10,482.25 |

Additional Charges :

| | | |
|---|---|---|
| 7/13/2022 | Fee for Credit Report | 57.00 |
| 7/18/2022 | Retrieve Proofs of Claim (3) for student loans from PACER | 1.50 |
| 8/18/2022 | Postage for service of Application by Debtor to Employ Professional (75 @ .78) | 58.50 |
| | Photocopies for service of Application by Debtor to Employ Professional (975 @ .15) | 146.25 |
| | Total costs | $263.25 |
| | Total amount of this bill | $10,745.50 |
| | Balance due | $10,745.50 |

Mr. Albert Allan Brynds, Jr.                                                                                  Page      12

|  | Amount |
|---|---|
| Previous balance of Trust Account | $0.00 |
| 7/12/2022 Payment to account | $2,500.00 |
| 8/4/2022 Deposit to Trust Account - Settlement re: Brynds v. Humphrey. Check No. 19357 | $18,697.13 |
| 8/8/2022 Withdrawal from Trust Account - Richard V. Fink, Trustee | ($18,697.13) |
| New balance of Trust Account | $2,500.00 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Neil S. Sader | 6.60 | 285.00 | $1,881.00 |
| Stephen S Krogmeier | 36.15 | 225.00 | $8,133.75 |
| Steven M. Long | 1.70 | 275.00 | $467.50 |