IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Albert Allan Brynds, Jr.,
Valerie Kay Fahrnow,

    Case No.: 22-40190-can13

      Debtors.

8896 E. 19th Street
Kansas City, Missouri 64126
SSN: xxx-xx-0322
SSN: xxx-xx-9413

## APPLICATION FOR COMPENSATION FOR ATTORNEY FEES TO BE PAID THROUGH THE CHAPTER 13 PLAN

COMES NOW Sader Law Firm, LLC, by and through its undersigned counsel and states that it is the attorney for the Debtor(s) in this Chapter 13 bankruptcy case. Counsel is seeking attorney fees pursuant to FRBP 2016(a) for work incurred on numerous matters from October 1, 2022 through February 28, 2023. In support of this Application, counsel states as follows:

1. The Debtor(s) filed under Chapter 13 on February 23, 2022. An Order Confirming the Chapter 13 Plan on was entered by the Court on May 10, 2022. The last Application for Compensation was filed on October 3, 2022.

2. Among the matters counsel has dealt with during the time period referenced above:  advise client regarding large upcoming worker's compensation settlement; plan potential conversion to Chapter 7; amend schedules a, b and c; respond to Trustee

objection to schedules, help client secure funds for unexpected car repairs, advise client

re: house shopping while in Chapter 13.

3.   Attached as an exhibit to this Motion is a listing of the date's services were

provided and the amounts of time incurred by this firm.  In summary, the attached bill

consists of the following totals:

a.   Total hours of attorney Stephen S. Krogmeier billed time – 4.35 @ $250.00 per hour

= $1,087.50

Total hours of attorney Stephen S. Krogmeier billed time – 12.75 @ $225.00 per hour

= $2,868.75

Total hours of attorney Steven M. Long billed time - .50 @ $285.00 per hour =

$142.50

Total hours of attorney Neil S. Sader billed time - .25 @ $285.00 per hour = $71.25

b.   Total hours of paralegal Rochelle L. Vasquez billed time – 0.00 @ $110.00 per hour

= $0.00

c.   Total hours of paralegal Linda A. Moberg billed time – 0.00 @ $110.00 per hour =

$0.00

d.   Total hours of paralegal Connie S. Montemayor billed time - 0.00 @ $120.00 per

hour = $0.00

e.   Postage

f.   Photocopies

g.   Pacer Fees =

A copy of the current billing statement reflecting these charges is attached herein as Exhibit "A".

4.      Counsel for the debtor is requesting compensation for professional services at the following rates:

| | |
|---|---|
| Neil S. Sader | $290.00/per hour |
| Bradley D. McCormack | $290.00/per hour |
| Steven M. Long | $285.00/per hour |
| Stephan S. Krogmeier | $250.00/per hour |
| Christian B. Taylor | $235.00/per hour |
| Nathan P. Hauber | $225.00/per hour |
| Connie S. Montemayor | $120.00/per hour |
| Rochelle L. Vasquez | $110.00/per hour |
| Linda A. Moberg | $110.00/per hour |

Counsel for the debtor(s) states this is its standard hourly rate for these types of services. In addition, counsel states that no fees for time incurred (copy and postage costs only will be billed in subsequent applications) have been charged in association with the preparation of this Fee Application.

5.      Counsel states that the following payment(s) (which do not include any of the amounts requested in this Application) have either been made or promised to counsel for services rendered in connection with this case:

| | |
|---|---|
| Fee Paid Outside: | $0.00 |
| Fees Paid in Plan: | $350.00 |
| Fees Approved in Plan: | $15.91 |

6.      The source of the compensation received has either been from the debtor or debtor's wages.

7.      Counsel states that none of the compensation received has been shared with another entity.  Further, there is no agreement or understanding between counsel and any other entity for the sharing of said compensation.

8.      Counsel for the debtor(s) indicates that the above services have been completed, and as a result, the debtor(s) remains in Chapter 13 bankruptcy.  Counsel states that the work performed for the debtor has been of substantial benefit to the debtor(s) and the estate, and as a result, requests compensation in the amount of $4,170.00.

WHEREFORE, counsel for the debtor(s) respectfully requests this court allow attorney fees from October 1, 2022 through February 28, 2023 in the amount of $4,170.00 to be paid directly client.

SADER LAW FIRM, LLC

By: /s/ *Stephen S. Krogmeier*
Stephen S. Krogmeier, MO#69182
2345 Grand Boulevard, Suite 2150
Kansas City, Missouri 64108-2663
816-561-1818
Fax: 816-561-0818
Direct Dial: 816-595-1801
skrogmeier@saderlawfirm.com

### *NOTICE OF APPLICATION FOR COMPENSATION*

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.   Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion

and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to [www.mow.uscourts.gov](http://www.mow.uscourts.gov) or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Application for Compensation for Attorney Fees to be Paid through the Chapter 13 Plan was served, in addition to the parties notified by US Bankruptcy Court's electronic notification, upon the debtor and upon the creditor matrix via U. S. First Class Mail, postage prepaid, this day of March 2, 2023.

/s/ *Stephen S. Krogmeier*
Stephen S. Krogmeier, Attorney

s:\bankruptcycurrent\post confirmation fees\2023\february\ssk\applicationforcompensation - brynds, albert & valerie.docx

Label Matrix for local noticing
0866-4
Case 22-40190-can13
Western District of Missouri
Kansas City
Mon Oct  3 00:27:36 CDT 2022

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

United States of America, on behalf of the S

United States of America, on behalf of the U

AT&T
c/o Bankruptcy
4331 Communications Dr
Floor 4W
Dallas TX 75211-1300

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY GROUP
PO BOX 650205
DALLAS, TX 75265-0205

Affiliated Management Services
5651 Broadmoor
Mission KS 66202-2407

Anesthesia Associates of KC
8717 W 110th St #600
Overland Park KS 66210-2126

Atmos Energy
PO Box 740353
Cincinnati OH 45274-0353

Attorney Christina Milien
444 N MICHIGAN AVE, STE 600
Chicago IL 60611-3987

Attorney Julie Anderson
4800 Rainbow Blvd, Ste. 200
Westwood KS 66205-1932

Blue Ridge Mobile Home community
1800 Blue Ridge Blvd,
Kansas City MO 64126-3018

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Credit First National Association
PO BOX 81315
Cleveland OH 44181-0315

DJO, LLC
2900 Lake Vista Drive, Ste. 200
Lewisville TX 75067-3889

Dickson-Diveley Orthopaedics
3651 College Blvd.
Leawood KS 66211-1910

Dickson-Diveley Orthopaedics
PO Box 959870
Saint Louis MO 63195-9870

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Evergy Kansas Central Inc. f/k/a Westar
attn:  Bankruptcy Dept.
PO Box 11739
Kansas City MO 64138-0239

Evergy Metro f/k/a Kansas City Power Light I
%Bankruptcy Team
PO Box 11739
Kansas City, MO 64138-0239

Financial Asset Management Sys
PO Box 1729
Woodstock GA 30188-1394

First Premier Bank
3820 N Louise Ave.
Sioux Falls SD 57107-0145

(p)GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON TX 77081-1198

HPA US1, LLC
D/B/A PATHLIGHT PROPERTY MANAGEMENT
c/o Julie Anderson
4006 Central Street
Kansas City MO 64111-2236

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)JOHNSON COUNTY MENTAL HEALTH CENTER
ATTN CUSTOMER SERVICE
PO BOX 556
MISSION KS 66201-0556

KC Institute of Podiatry
10550 Quivira Rd, Ste. 360
Overland Park KS 66215-2379

KCI
PO Box 14765
Lenexa KS 66285-4765

Kansas City Orthopaedic Inst.
3651 College Blvd.
Leawood KS 66211-1910

Kansas Department of Revenue
Legal Case Management/BK Unit
Po Box 12005
Topeka, KS 66601-2005

Kansas Department of Revenue
P.O. Box 12005
Topeka KS 66601-2005

LVNV Funding
625 Pilot Rd, Ste. 2/3
Las Vegas NV 89119-4485

LVNV Funding LLC
55 Beattie Place
Greenville SC 29601-5115

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 1269
Greenville SC 29602-1269

LVNV Funding c/o Resurgent Capital Serv.
PO Box 10587
Greenville SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587

Leavenworth County EMS
500 W. Eisenhower Rd.
Leavenworth KS 66048-5161

Legacy Funding LLC,
4717 Grand Avenue, Suite #200,
Kansas City MO 64112-2256

Mainstreet Credit Union
13001 W. 95th St.
Lenexa KS 66215-3726

Mazuma Credit Union
7260 W 135th St.
Overland Park KS 66223-1258

Mazuma Credit Union
9300 Troost
Kansas City MO 64131-3008

Mechanic's Bank Auto Finance
PO Box 98541
Las Vegas NV 89193-8541

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

NAVIENT  PC TRUST
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Navient
PO Box 9533
Wilkes Barre PA 18773-9533

Navient
PO Box 9640
Wilkes Barre PA 18773-9640

Overland Park Medical Center
c/o Med-Data, Inc., Attn: Liability Dept
25700 Interstate 45, Ste. 300
Spring TX 77386-4840

Overland Park Regional Medical
PO Box 740760
Cincinnati OH 45274-0760

Overland Park Surgery Center
10601 Quivira Rd, Ste. 100
Overland Park KS 66215-2320

Overland Park Surgery Center
PO Box 277456
Atlanta GA 30384-7456

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Raintree Medical and Chiropractic Center
931 SW LeMans Lane
Lees Summit MO 64082-4619

(p)SEQUIUM ASSET SOLUTIONS  LLC
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067-6429

Social Security Administration
Office of the Gen Counsel - Region VII
601 E. 12th St, Room 965
Kansas City MO 64106-2818

Social Security Administration
Office of the General Counsel - Region V
601 E. 12th Street, Room 965
Kansas City, MO 64106-2818

Spectrum
6921 West 119th St
Overland Park KS 66209-2015

Spectrum
8500 Santa Fe Drive
Overland Park KS 66212-2866

St. Luke's Health System
PO Box 505327
Saint Louis MO 63150-5327

St. Luke's Hospital of Kansas City
4401 Wornall Rd.
Kansas City MO 64111-3241

St. Luke's Physicians Group
PO Box 505291
Saint Louis MO 63150-5291

St. Luke's South Community Hospital
7246 W. 75th St.
Overland Park KS 66204-2949

St. Luke's South Hospital
12300 Metcalf Ave.
Overland Park KS 66213-1324

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

Syncb/Care Credit
950 Forrer Blvd
Dayton OH 45420-1469

Syncb/Care Credit
PO Box 965036
Orlando FL 32896-5036

US Department of Education
P O Box 16448
Saint Paul MN 55116-0448

US Department of Education
PO Box 16448
St. Paul, MN 55116-0448

US Dept. of Education
100 GLOBAL VIEW DR,SUITE 800
Warrendale PA 15086-7612

Univ of Kansas Health System
PO Box 955801
Saint Louis MO 63195-5801

Veterans Hospital of KC
4801 Linwood Blvd
Kansas City MO 64128-2295

Albert Allan Brynds Jr.
8896 East 19th Street
Kansas City, MO 64126-2752

(p)NEIL S  SADER
ATTN SADER LAW FIRM LLC
2345 GRAND BOULEVARD
SUITE 2150
KANSAS CITY MO 64108-2665

(p)OFFICE OF THE CHAPTER 13 TRUSTEE
ATTN RICHARD V FINK
2345 GRAND BLVD SUITE 1200
KANSAS CITY MO 64108-0001

Stephen Samuel Krogmeier
Sader Law Firm
2345 Grand Blvd
Ste 2150
Kansas City, MO 64108-2665

Valerie Kay Fahrnow
8896 East 19th Street
Kansas City, MO 64126-2752

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 15316
Wilmington DE 19850-0000

GC Services Lim. Partnership
6330 Gulfton
Houston TX 77081-0000

(d)GC Services Ltd Partnership
PO Box 1280
Oaks PA 19456-1280

(d)GC Services Ltd Partnership
PO Box 3855
Houston TX 77253-0000

JP Morgan Chase Bank NA
National Bankruptcy Department
P.O Box 29505 AZ1-5757
Phoenix AZ 85038-9505

(d)JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

Johnson County Mental Health
PO Box 556
Mission KS 66201-0000

Portfolio Recovery Associates
PO Box 41067
Norfolk VA 23541-0000

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Sequium Asset Solutions, LLC
1130 Northchase Parkway
Ste. 150
Marietta GA 30067-0000

State Collection Service, Inc.
2509 S. Stoughton Rd.
Madison WI 53716-0000

(d)State Collection Service, Inc.
PO Box 6250
Madison WI 53716-0250


Neil S Sader
The Sader Law Firm, LLC
2345 Grand Boulevard, Suite 2150
Kansas City, MO 64108-2663

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)JPMorgan Chase Bank, N.A.

(d)Navient PC Trust
c/o Navient Solutions, LLC
PO Box 9640
Wilkes Barre PA 18773-9640

(d)US Department of Education
PO Box 16448
Saint Paul MN 55116-0448


(u)Brett Coppage

(u)Brian LaBovick

End of Label Matrix
Mailable recipients   77
Bypassed recipients    5
Total                 82

**Sader Law Firm**
ATTORNEYS AT LAW

2345 Grand Boulevard, Suite 2150
Kansas City, MO 64108
www.saderlawfirm.com
816-561-1818
816-561-0818

Mr. Albert Allan Brynds, Jr.                                    February 28, 2023
Ms. Valerie Kay Fahrnow
2405 Stowe Drive
Lawrence, KS 66049

RE:   Chapter 13 Attorney Fees                    Invoice #    35667
      Case No: 22-40190-can13
      Filed: February 23, 2022
      Confirmed: May 10, 2022
      SSN: xxx-xx-0322
      SSN: xxx-xx-9413

         Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/4/2022 | SSK | Review email from client requesting claim amounts for KS and Federal taxes; find claim information and respond to client by email; review current schedule of creditors | 0.30 | 67.50 |
| 10/5/2022 | SSK | Email correspondence to client to confirm additional creditors; email correspondence with PI attorney Coppage re case status; phone conversation with client re conversion to Chapter 7; email correspondence to client re conversion to Chapter 7 | 1.60 | 360.00 |
| 10/12/2022 | SSK | Research exemption of workers compensation funds in Chapter 7 conversion;draft and send correspondence to PI attorney re settlement schedule; phone conversation with client | 2.00 | 450.00 |

Mr. Albert Allan Brynds, Jr.                                        Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 10/13/2022 SSK | Finish amending schedules a,b, and c; call client to let her know to look for verification email | 0.60 | 135.00 |
| 10/14/2022 SSK | Draft and send email to PI attorney and client confirming withdrawal of objections to claim, and amendments to schedules a, b, and c | 0.30 | 67.50 |
| 10/17/2022 SSK | Review communication from Court re: cancellation of October 24 hearing; draft and send email correspondence to client on same topic | 0.30 | 67.50 |
| 10/19/2022 SSK | Review Trustee's Objection to Exemptions | 0.10 | 22.50 |
| 10/20/2022 SSK | Prepare Second Amended Schedules; phone conversation with client about Trustee objection; draft and send email to workers compensation counsel re case numbers and information | 0.50 | 112.50 |
| 10/24/2022 SSK | Review correspondence from Workers Compensation Attorney Coppage; review provided workers compensation documents; input workers compensation case number into second amended schedules | 0.40 | 90.00 |
| 10/25/2022 SSK | Finalize Second Amended Schedules A, B, and C and prepare for filing; call client and discuss Second Amended Schedules A, B, and C | 0.40 | 90.00 |
| 10/26/2022 SSK | Phone conversation with client re: unexpected car repairs | 0.10 | 22.50 |
| 10/27/2022 SSK | Draft and send email to client re Second Amended Schedules; call and leave voicemail with Trustee's Office; phone conversation with case analyst to request Trustee's blessing for | 1.00 | 225.00 |

Mr. Albert Allan Brynds, Jr.                                                        Page      3

|  |  | Hours | Amount |
|---|---|---|---|
|  | Debtor to incur additional debt for purpose of repairing vehicle; phone conversation with client re: creditor address; additional correspondence with case analyst; receive approval for loan; draft and send correspondence to client approving loan |  |  |
| 10/31/2022 SSK | Review rejection of verification for second amended schedules and direct upload of fixed verification; review Notice Allowing/Disallowing Claims | 0.30 | 67.50 |
| 11/1/2022 SSK | Phone discussion with Trustee's Office re: Workers Compensation claim (.4 NC) |  | NO CHARGE |
| 11/2/2022 SSK | Phone conversation with client to update client on status of potential trustee objection; review assignment of remaining PI money with trustee; discuss status of worker's compensation claim | 0.50 | 112.50 |
| 11/3/2022 NSS | Email from B. Coppage re: workers compensation funds and medical records; respond as to why those records are needed in response to Trustee request | 0.25 | 71.25 |
| SSK | Review prior bankruptcies of client for purpose of establishing conversion eligibility | 0.10 | 22.50 |
| 11/9/2022 SSK | Review copy of Trustee authorization of $2000 loan to EasyPay | 0.10 | 22.50 |
| 11/12/2022 SSK | Review Trustee's Objection to Exemption; draft and send email to Workers Comp Attorney Coppage; draft and send email to client re Objection to Exemption | 0.50 | 112.50 |

Mr. Albert Allan Brynds, Jr.                                                      Page     4

| | | Hours | Amount |
|---|---|---|---|
| 11/21/2022 SSK | Review correspondence from client and return phone call to briefly discuss Court's rejection of worker's compensation exemption | 0.20 | 45.00 |
| 11/22/2022 SSK | Review voicemail from client; draft memo for email to client re: denial of worker's compensation exemption and next steps in bankruptcy; review medical documentation provided by Brett Coppage for purpose of arguing necessity of retaining worker's compensation funds | 0.60 | 135.00 |
| 11/23/2022 SSK | Review correspondence from client | 0.10 | 22.50 |
| 11/28/2022 SSK | Review emails from client; phone call with client re: status of workers comp settlement and status of exemption discussion with Trustee's Office | 0.65 | 146.25 |
| 12/5/2022 SSK | Review and redact medical information to give to Trustee's Office for workers comp settlement exemption argument | 0.20 | 45.00 |
| 12/15/2022 SSK | Review communication from client; draft proposed allocation of incoming workers compensation funds; draft and send communication with proposed allocation to client | 0.60 | 135.00 |
| 12/16/2022 SSK | Phone conversation with client re how to spend workers comp proceeds | 0.90 | 202.50 |
| 12/22/2022 SSK | Phone conversation with client re: purchasing house in Atchison, Kansas with Worker's Comp proceeds | 0.40 | 90.00 |
| 1/9/2023 SSK | Review Trustee's Motion to Dismiss 13 case for failure to make payments; phone conversation with Workers Comp Attorney re status of | 0.30 | 75.00 |

Mr. Albert Allan Brynds, Jr.                                                Page     5

|  |  | Hours | Amount |
|---|---|---|---|
|  | workers comp settlement |  |  |
| 1/10/2023 SSK | Phone call with client re Motion to Dismiss case and conversation with Coppage; draft Response to Trustee's Motion to Dismiss; draft and send update email to client containing Trustee's Motion to Dismiss and Response | 0.75 | 187.50 |
| 1/11/2023 SSK | Review Order Conditionally Denying Trustee's Motion to Dismiss Case; draft and send correspondence including Order to client and workers compensation attorney | 0.20 | 50.00 |
| 1/14/2023 SSK | Phone conversation with client re purchase of new home | 0.80 | 200.00 |
| 1/25/2023 SSK | Review correspondence from client and draft requested letter to banks for purpose of securing funding | 0.50 | 125.00 |
| 1/27/2023 SSK | Phone conversation with client re: progress on finding new housing for petition to Court to release eventual Workers Compensation funds | 0.20 | 50.00 |
| 2/1/2023 SSK | Phone conversation with Valerie Fahrnow re: future Chapter 7 Options and potential loan options for housing | 1.00 | 250.00 |
| 2/2/2023 SML | Conference with SSK re: various options available for real estate and interaction with Chapter 13 Plan; explore options for building plan payment history | 0.50 | 142.50 |
| 2/10/2023 SSK | Phone conversation with Albert Brynds re: death of Valerie Fahrnow; draft and send email to workers compensation counsel re: death of Valerie Fahrnow and status of workers compensation claim; draft and send email to Albert Brynds re: life insurance policy and | 0.60 | 150.00 |

Mr. Albert Allan Brynds, Jr.                                                    Page      6

|  | Hours | Amount |
|---|---|---|
| certificate of death | | |
| 2/14/2023 SSK  Phone call with Brett Coppage to discuss death of Valerie Fahrnow (.10 NC) | | NO CHARGE |
| For professional services rendered | 17.85 | $4,170.00 |
| Previous balance | | $10,745.50 |
| 11/3/2022  Thank you!. Check No. 9010864 | | ($15.91) |
| 11/3/2022  Payment from Trust Account | | ($2,500.00) |
| Total payments and adjustments | | ($2,515.91) |
| Balance due | | $12,399.59 |

|  | Amount |
|---|---|
| Previous balance of Trust Account | $2,500.00 |
| 10/6/2022  Payment to account. Check No. MASTERCARD | $32.00 |
| 11/3/2022  Payment from Trust Account | ($2,500.00) |
| New balance of Trust Account | $32.00 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Neil S. Sader | 0.25 | 285.00 | $71.25 |
| Stephen S Krogmeier | 4.35 | 250.00 | $1,087.50 |
| Stephen S Krogmeier | 12.75 | 225.00 | $2,868.75 |
| Steven M. Long | 0.50 | 285.00 | $142.50 |