IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Albert Allan Brynds, Jr.,
Valerie Kay Fahrnow,

               Debtors.

8896 E. 19th Street
Kansas City, Missouri 64126
SSN: xxx-xx-0322
SSN: xxx-xx-9413

Case No.: 22-40190-can13

## CERTIFICATE OF SERVICE

Now on March 27, 2023 comes the debtor(s) by and through counsel of record and

hereby state(s) that the Order of the Court Granting the Application for Compensation for

Attorney Fees, dated March 27, 2023, has been served through the Court's ECF system and by

First Class Mail, postage prepaid to the debtor(s) and creditors requesting service but not

receiving electronic notice.

SADER LAW FIRM, LLC

By: /s/ *Stephen S. Krogmeier*
    Stephen S. Krogmeier, MO#69182
    2345 Grand Boulevard, Suite 2150
    Kansas City, Missouri 64108-2663
    816-561-1818
    Fax: 816-561-0818
    Direct Dial: 816-595-1801
    skrogmeier@saderlawfirm.com

s:\bankruptcycurrent\post confirmation fees\2023\certificate of service - brynds, albert & valerie.docx

Label Matrix for local noticing
0866-4
Case 22-40190-can13
Western District of Missouri
Kansas City
Mon Oct  3 00:27:36 CDT 2022

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

United States of America, on behalf of the S

United States of America, on behalf of the U

AT&T
c/o Bankruptcy
4331 Communications Dr
Floor 4W
Dallas TX 75211-1300

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY GROUP
PO BOX 650205
DALLAS, TX 75265-0205

Affiliated Management Services
5651 Broadmoor
Mission KS 66202-2407

Anesthesia Associates of KC
8717 W 110th St #600
Overland Park KS 66210-2126

Atmos Energy
PO Box 740353
Cincinnati OH 45274-0353

Attorney Christina Milien
444 N MICHIGAN AVE, STE 600
Chicago IL 60611-3987

Attorney Julie Anderson
4800 Rainbow Blvd, Ste. 200
Westwood KS 66205-1932

Blue Ridge Mobile Home community
1800 Blue Ridge Blvd,
Kansas City MO 64126-3018

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Credit First National Association
PO BOX 81315
Cleveland OH 44181-0315

DJO, LLC
2900 Lake Vista Drive, Ste. 200
Lewisville TX 75067-3889

Dickson-Diveley Orthopaedics
3651 College Blvd.
Leawood KS 66211-1910

Dickson-Diveley Orthopaedics
PO Box 959870
Saint Louis MO 63195-9870

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Evergy Kansas Central Inc. f/k/a Westar
attn:  Bankruptcy Dept.
PO Box 11739
Kansas City MO 64138-0239

Evergy Metro f/k/a Kansas City Power Light I
%Bankruptcy Team
PO Box 11739
Kansas City, MO 64138-0239

Financial Asset Management Sys
PO Box 1729
Woodstock GA 30188-1394

First Premier Bank
3820 N Louise Ave.
Sioux Falls SD 57107-0145

(p)GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON TX 77081-1198

HPA US1, LLC
D/B/A PATHLIGHT PROPERTY MANAGEMENT
c/o Julie Anderson
4006 Central Street
Kansas City MO 64111-2236

Internal Revenue Service
PO Box Box 7346
Philadelphia PA 19101-7346

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

(p)JOHNSON COUNTY MENTAL HEALTH CENTER
ATTN CUSTOMER SERVICE
PO BOX 556
MISSION KS 66201-0556

KC Institute of Podiatry
10550 Quivira Rd, Ste. 360
Overland Park KS 66215-2379

KCI
PO Box 14765
Lenexa KS 66285-4765

Kansas City Orthopaedic Inst.
3651 College Blvd.
Leawood KS 66211-1910

Kansas Department of Revenue
Legal Case Management/BK Unit
Po Box 12005
Topeka, KS 66601-2005

Kansas Department of Revenue
P.O. Box 12005
Topeka KS 66601-2005


LVNV Funding
625 Pilot Rd, Ste. 2/3
Las Vegas NV 89119-4485

LVNV Funding LLC
55 Beattie Place
Greenville SC 29601-5115

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 1269
Greenville SC 29602-1269


LVNV Funding c/o Resurgent Capital Serv.
PO Box 10587
Greenville SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587


Leavenworth County EMS
500 W. Eisenhower Rd.
Leavenworth KS 66048-5161

Legacy Funding LLC,
4717 Grand Avenue, Suite #200,
Kansas City MO 64112-2256

Mainstreet Credit Union
13001 W. 95th St.
Lenexa KS 66215-3726


Mazuma Credit Union
7260 W 135th St.
Overland Park KS 66223-1258

Mazuma Credit Union
9300 Troost
Kansas City MO 64131-3008

Mechanic's Bank Auto Finance
PO Box 98541
Las Vegas NV 89193-8541


Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

NAVIENT  PC TRUST
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Navient
PO Box 9533
Wilkes Barre PA 18773-9533


Navient
PO Box 9640
Wilkes Barre PA 18773-9640

Overland Park Medical Center
c/o Med-Data, Inc., Attn: Liability Dept
25700 Interstate 45, Ste. 300
Spring TX 77386-4840

Overland Park Regional Medical
PO Box 740760
Cincinnati OH 45274-0760


Overland Park Surgery Center
10601 Quivira Rd, Ste. 100
Overland Park KS 66215-2320

Overland Park Surgery Center
PO Box 277456
Atlanta GA 30384-7456

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Raintree Medical and Chiropractic Center
931 SW LeMans Lane
Lees Summit MO 64082-4619

(p)SEQUIUM ASSET SOLUTIONS  LLC
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067-6429

Social Security Administration
Office of the Gen Counsel - Region VII
601 E. 12th St, Room 965
Kansas City MO 64106-2818


Social Security Administration
Office of the General Counsel - Region V
601 E. 12th Street, Room 965
Kansas City, MO 64106-2818

Spectrum
6921 West 119th St
Overland Park KS 66209-2015

Spectrum
8500 Santa Fe Drive
Overland Park KS 66212-2866

St. Luke's Health System
PO Box 505327
Saint Louis MO 63150-5327

St. Luke's Hospital of Kansas City
4401 Wornall Rd.
Kansas City MO 64111-3241

St. Luke's Physicians Group
PO Box 505291
Saint Louis MO 63150-5291


St. Luke's South Community Hospital
7246 W. 75th St.
Overland Park KS 66204-2949

St. Luke's South Hospital
12300 Metcalf Ave.
Overland Park KS 66213-1324

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314


Syncb/Care Credit
950 Forrer Blvd
Dayton OH 45420-1469

Syncb/Care Credit
PO Box 965036
Orlando FL 32896-5036

US Department of Education
P O Box 16448
Saint Paul MN 55116-0448


US Department of Education
PO Box 16448
St. Paul, MN 55116-0448

US Dept. of Education
100 GLOBAL VIEW DR,SUITE 800
Warrendale PA 15086-7612

Univ of Kansas Health System
PO Box 955801
Saint Louis MO 63195-5801


Veterans Hospital of KC
4801 Linwood Blvd
Kansas City MO 64128-2295

Albert Allan Brynds Jr.
8896 East 19th Street
Kansas City, MO 64126-2752

(p)NEIL S  SADER
ATTN SADER LAW FIRM LLC
2345 GRAND BOULEVARD
SUITE 2150
KANSAS CITY MO 64108-2665


(p)OFFICE OF THE CHAPTER 13 TRUSTEE
ATTN RICHARD V FINK
2345 GRAND BLVD SUITE 1200
KANSAS CITY MO 64108-0001

Stephen Samuel Krogmeier
Sader Law Firm
2345 Grand Blvd
Ste 2150
Kansas City, MO 64108-2665

Valerie Kay Fahrnow
8896 East 19th Street
Kansas City, MO 64126-2752


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Discover Financial Services
PO Box 15316
Wilmington DE 19850-0000

GC Services Lim. Partnership
6330 Gulfton
Houston TX 77081-0000

(d)GC Services Ltd Partnership
PO Box 1280
Oaks PA 19456-1280


(d)GC Services Ltd Partnership
PO Box 3855
Houston TX 77253-0000

JP Morgan Chase Bank NA
National Bankruptcy Department
P.O Box 29505 AZ1-5757
Phoenix AZ 85038-9505

(d)JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505


Johnson County Mental Health
PO Box 556
Mission KS 66201-0000

Portfolio Recovery Associates
PO Box 41067
Norfolk VA 23541-0000

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Sequium Asset Solutions, LLC
1130 Northchase Parkway
Ste. 150
Marietta GA 30067-0000

State Collection Service, Inc.
2509 S. Stoughton Rd.
Madison WI 53716-0000

(d)State Collection Service, Inc.
PO Box 6250
Madison WI 53716-0250

Neil S Sader
The Sader Law Firm, LLC
2345 Grand Boulevard, Suite 2150
Kansas City, MO 64108-2663

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, N.A.

(d)Navient PC Trust
c/o Navient Solutions, LLC
PO Box 9640
Wilkes Barre PA 18773-9640

(d)US Department of Education
PO Box 16448
Saint Paul MN 55116-0448

(u)Brett Coppage

(u)Brian LaBovick

End of Label Matrix
Mailable recipients    77
Bypassed recipients     5
Total                  82