IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Albert A. Brynds, Jr.,                                  Case No.: 22-40190-can13
Valerie K. Fahrnow,

                                                        Chapter 13

            Debtors.

2405 Stowe Dr.
Lawrence, KS 66049
SSN: xxx-xx-0322
SSN: xxx-xx-9413

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Order of the Court Granting the Motion for Order to Approve Settlement and Disbursement of Workers Compensation Funds (Doc. 135) was served upon the parties not receiving electronic service through the U.S. Bankruptcy Court's ECF System on April 24, 2023, the parties are as follows:

Brett Coppage
3100 Broadway, Ste. 1400
Kansas City, MO 64111

Brian LaBovick
5220 Hood Road, Suite 200
Palm Beach, FL 33418

SADER LAW FIRM LLC

By: /s/ *Stephen S. Krogmeier*
Stephen S. Krogmeier, #69182
2345 Grand Boulevard, Suite 2150
Kansas City, Missouri 64108-2663
Tel. 816-561-1818 | Fax. 816-561-0818
skrogmeier@saderlawfirm.com