IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:

Albert A. Brynds, Jr.
Valerie K. Fahrnow

Case No.:  22-40190-can13

Debtors.

### DEBTOR VALERIE K. FAHRNOW MOTION FOR WAIVER OF FINANCIAL MANAGEMENT COURSE

COME NOW Debtors Albert A. Brynds, Jr. and Valerie K. Fahrnow, through counsel, and state the following for Debtor Valerie K. Fahrnow's Motion for Waiver of Financial Management Course pursuant to 11 U.S.C. § 1328(g)(2):

1.      On February 23, 2022, Debtors filed for relief under Chapter 13 of the Bankruptcy Code.

2.      Debtors Chapter 13 Plan was initially confirmed on May 10, 2022, as a Base 55 Plan.

3.      On February 9, 2023, Debtor Valerie K. Fahrnow passed away. A copy of Mrs. Fahrnow's Certification of Death is available upon request.

4.      On April 21, 2023, Debtors filed a Motion for Hardship Discharge seeking a discharge of all debts for which Debtor Valerie K. Fahrnow is personally liable. (Doc. 131).

5.      Debtor Valerie K. Fahrnow's failure to complete her Plan payments is due to circumstances for which the Debtor should not justly be held accountable.

6.      Pursuant to 11 U.S.C. § 1328(g)(1) the court shall not grant a discharge to a debtor unless after filing a petition the debtor has completed an instructional course concerning personal financial management.

7.      However, if the debtor would be exempt from the prepetition budget and credit counseling briefing due to incapacity, disability, or military service in a combat zone, the debtor

is also exempt from the post-petition financial management course requirement. *see* 11 U.S.C. §

1328(g) (2); 11 U.S.C §109 (h)(4); Fed. R. Bankr. P. 1016.

8.      Debtors respectfully assert that Debtor Valerie K. Fahrnow is exempt from the post-

petition financial management course requirement of 11 U.S.C. § 1328(g)(1) because her

untimely passing constitutes an incapacity as contemplated by 11 U.S.C. § 1328(g) (2)

and 11 U.S.C. § 109(h)(4); *see also In re Fogel*, Bankr. L. Rep (CCH) P 82864, 2015 WL

5032055 (D. Colo 2015) (fact that debtor passed away after filing of the case qualifies as

incapacity).

WHEREFORE, Debtors move this honorable Court for an Order waiving the post-

petition financial management course requirement as to Debtor Valerie K. Fahrnow and for such

other relief as this honorable Court deems just and appropriate.

Respectfully submitted,

SADER LAW FIRM, LLC

By: /s/ *Stephen S. Krogmeier*
       Stephen S. Krogmeier, #69182
       2345 Grand Boulevard, Suite 2150
       Kansas City, Missouri 64108-2663
       Tel. 816-561-1818 | Fax. 816-561-0818

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all appropriate parties electronically by the U.S. Bankruptcy Court's ECF System and by U.S. Mail, postage prepaid to all listed on the attached Matrix on this May 18, 2023.

/s/ *Stephen S. Krogmeier*
Stephen S. Krogmeier, Attorney