IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Albert A. Brynds, Jr.,
Valerie K. Fahrnow,

               Debtors.

2405 Stowe Dr.
Lawrence, KS 66049
SSN: xxx-xx-0322
SSN: xxx-xx-9413

Case No.: 22-40190-can13

Chapter 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Order of the Court Granting the Amended Motion for Order to Approve Settlement and Disbursement of Workers Compensation Funds (Doc. 194) was served upon the Creditor Matrix, the parties not receiving electronic service through the U.S. Bankruptcy Court's ECF System and any other interested parties on July 7, 2023, the parties not receiving electronic service are as follows:

Brett Coppage
3100 Broadway, Ste. 1400
Kansas City, MO 64111

Brian LaBovick
5220 Hood Road, Suite 200
Palm Beach, FL 33418

Kelly Burrows, Case Manager
Legacy Funding, LLC
4717 Grand Avenue #200
Kansas City, Missouri 64112

Legacy Settlement Group, Inc.
2807 W 73rd Terrace
Praire Village, Kansas 66208

SADER LAW FIRM LLC

By: /s/ *Stephen S. Krogmeier*
Stephen S. Krogmeier, #69182
2345 Grand Boulevard, Suite 2150
Kansas City, Missouri 64108-2663
Tel. 816-561-1818 | Fax. 816-561-0818